Lawrence L. KELLING, Appellant, v. UNITED STATES of America, Appellee.

Charles Preston SELLERS, Appellant, v. UNITED STATES of America, Appellee.

Nos. 4465, 4466.

United States Court of Appeals
Tenth Circuit.

June 12, 1952.

Rehearing Denied June 28, 1952.

Frederick M. Hudson, Pocohontas, Iowa, for appellants.

V. J. Bowersock, Asst. U. S. Atty., Topeka, Kan. (Lester Luther, U. S. Atty., Topeka, Kan., on the brief), for the United States.

Before PHILLIPS, Chief Judge, and BRATTON and MURRAH, Circuit Judges.

PER CURIAM.

The sole question presented on these appeals is whether the evidence is sufficient to support the verdicts of guilty. It would serve no useful purpose to set forth the evidence in detail. Suffice it to say, that we have carefully examined the record and are of the opinion that the evidence amply supports the verdicts.

The judgments are affirmed.

John A. KERR, Jr., Appellant, v. Clinton T. DUFFY, Warden of the California State Prison at San Quentin, California, Appellee.

No. 13175.

United States Court of Appeals
Ninth Circuit.

May 29, 1952.

Rehearing Denied June 26, 1952.

John A. Kerr, Jr., in pro. per.

Edmund G. Brown, Atty. Gen. of State of Cal., Clarence A. Linn, Asst. Atty. Gen. of State of Cal., Charles E. McClung, Deputy Atty. Gen. of State of Cal., for appellees.

Before MATHEWS, BONE and ORR, Circuit Judges.

PER CURIAM.

This appeal is from an order of the District Court denying a writ of habeas corpus sought by appellant, remanding appellant to appellee's custody and vacating a stay of execution theretofore granted by the District Court. No error appearing, the order is affirmed.